UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-26472
Jori Plunkett )
)
) Chapter: 13
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

**ORDER PERMITTING RULE 2004 EXAMINATION**

This matter coming before the Court for a hearing on the Trustee's Motion for Bankruptcy Rule 2004 Examination, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the Debtor is required to appear virtually at a mutually agreed upon date and time to be examined under oath by the Chapter 13 Trustee pursuant to Federal Rule of Bankruptcy Procedure 2004 within SIXTY (60) days of the entry of this Order; and

2. That the Debtor shall, within TEN (10) days before the appearance ordered by Paragraph 1 of the instant Order, produce the following documents for review by the Chapter 13 Trustee:

   A. A valid government or state issued form of identification; and
   B. Proof of Social Security number; and
   C. Statements for the last two (2) years from any bank accounts that bear the Debtor's name, whether owned individually or jointly, in which the Debtor had any interest in within the last two (2) years.

3. That the Debtor shall, within TEN (10) days before the appearance ordered by Paragraph 1 of the instant Order, produce documentation for review by the Chapter 13 Trustee related to each bank account that Debtor or anyone acting at Debtor's direction or for her benefit used to initiate, or attempt to initiate, an electronic transfer of funds to Tom Vaughn, Trustee, M.O. Marshall, Trustee or Thomas H. Hooper, Trustee that properly and completely evidences:

   A. The name of the person or persons who own the account(s); and
   B. The full address of the person or persons who own the account(s); and
   C. The name of the financial institution(s) upon which payments were, or were attempted to be, drawn; and
   D. The account number(s) of the account(s); and
   E. The routing number(s) of the financial institution(s) where the account(s) were or are situated.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: December 20, 2021

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900